UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANASTASIA SENEGAL | CIVIL ACTION NO. 20-0371 |
| VERSUS | JUDGE JUNEAU |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the ALJ's findings are not based on substantial evidence in the record. IT IS FURTHER ORDERED that this matter be REMANDED to the ALJ for further consideration in light of the new evidence not previously considered and in accordance with the directives contained in the magistrate judge's Report and Recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 8th day of September, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE